```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re                              :    Case No. 15-22914 (RDD)

M.S.G. RESTORATION CORP.,          :    Chapter 11

                Debtor.            :

----------------------------------X
```

**STATEMENT OF THE UNITED STATES TRUSTEE
REGARDING DEBTOR'S APPLICATION
<u>FOR AN ORDER RETAINING COUNSEL</u>**

**TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), by and through his counsel, respectfully submits this statement regarding the Application for an Order Authorizing Retention of Counsel by Debtor-in-Possession (the "Retention Application") (ECF No. 10) and the Amended Disclosure of Compensation of Attorney for Debtor (the "Rule 2016 Statement")(ECF No. 12).

The Retention Application states that the Law Office of Narissa A. Joseph (the "Firm") will be compensated on an hourly basis and discloses the Firm's hourly rates. The Rule 2016 Statement states that the Firm has agreed to accept the flat fee of $20,000.00 from the Debtor. This Office has requested that the Firm file a supplemental statement clarifying the seemingly contradictory compensation schemes. In the absence of such a supplemental statement, this Office concludes that the Firm will be compensated at its hourly rates with a cap of $20,000.00.

This Office has no objection to the Retention Application, except that it believes that it is inappropriate for the Firm to decline representation of the Debtor in adversary proceedings as set forth in the Rule 2016 Statement (ECF No. 12, No. 5(d)).

Dated:   New York, New York
         July 29, 2015

                        WILLIAM K. HARRINGTON
                        UNITED STATES TRUSTEE

            By:   */s/ Serene K. Nakano*
                  SERENE K. NAKANO
                  Trial Attorney
                  U.S. Federal Office Building
                  201 Varick St., Room 1006
                  New York, New York  10014
                  (212) 510-0505